# IN THE SUPREME COURT OF PENNSYLVANIA
# EASTERN DISTRICT

IN RE: THE NOMINATION PETITION OF    :    No. 8 EAP 2022
STEPHEN KINSEY AS A DEMOCRATIC    :
CANDIDATE FOR STATE    :
REPRESENTATIVE IN THE 201ST    :
LEGISLATIVE DISTRICT    :
   :
   :
APPEAL OF: TONYA DIANE BAH,    :
BERNADETTE CORBIN, SHERRIE JOYCE    :
COHEN, AND LAURA S. RICHLIN    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2022, the Application to File Appellants' Brief *Nunc Pro Tunc* is **DENIED**. The appeal is **QUASHED**.